| | |
|---|---|
| **ROBIN HEBERT** | SUIT NO.: 173368  SEC: B |
| **VERSUS** | 21ST JUDICIAL DISTRICT COURT |
| **SIDERS ANTONIOS, DG LOGISTICS, LLC, DG LOUISIANA, LLC, DOLLAR GENERAL CORPORATION, and ACE AMERICAN INSURANCE COMPANY** | PARISH OF LIVINGSTON  STATE OF LOUISIANA |

### PETITION FOR DAMAGES

NOW INTO COURT, comes ROBIN HEBERT, domiciled in Livingston Parish, Louisiana who respectfully represents:

1.

Made Defendants are:

    A.    **DG LOUISIANA, LLC** a Limited Liability Company authorized and doing business in the state of Louisiana, who can be served through their agent for service of process Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802.

    B.    **DG LOGISTICS, LLC.,** a foreign company authorized and doing business in the state of Tennessee, who can be served according to Via Louisiana Long Arm Statue through their agent for service Corporation Service Company, 2908 Poston Ave, Nashville, TN 37203-1312.

    C.    **DOLLAR GENERAL CORPORATION**, a foreign company authorized and doing business in the state of Tennessee, who can be served according to Via Louisiana Long Arm Statue through their agent for service Corporation Service Company, 2908 Poston Ave, Nashville, TN 37203-1312.

    D.    **ACE AMERICAN INSURANCE COMPANY, (CHUBB)** a foreign insurance company authorized to do and doing business in the State of Louisiana, which has appointed the Secretary of State for the State of Louisiana, as its agent for service of process, who can be served at 8585 Archives Avenue, Baton Rouge, Louisiana 70809

    E.    **SIDERS ANTONIOS**, a resident of Alabama, who according to Louisiana Law can be served with process Via Louisiana Long Arm Service at his residence, 815 Jones Corner Rd, Titus, Alabama 36080;

2.

On or about March 20, 2021, Plaintiff, ROBIN HEBERT, was the operator of a 2006 Ford Mustang owned by Stephen Hebert, which was stopped at a traffic light on Rushing Road, in the Parish of Livingston, State of Louisiana, within the jurisdictional limits of this court.



EXHIBIT A

3.

On or about March 6, 2021, Plaintiff, ROBIN HEBERT, was the operator of a 2006 Ford Mustang owned by Stephen Hebert, which was stopped at a traffic light on Rushing Road, when suddenly and without warning the rear of a 2020 FTL Truck, operated by SIDERS ANTONIOS and owned by DG LOGISTICS, LLC, and/or DG LOUISIANA, LLC, and/or DOLLAR GENERAL CORPORATION, attempting to turn onto Rushing Road and struck the front of 2006 Ford Mustang being operated by ROBIN HEBERT and owned by Stephen Hebert, causing a collision and resulting in injuries to ROBIN HEBERT.

4.

The collision sued herein is inexplicable without resort to the presumption of negligence in view of the fact that the Defendant's vehicle, driven by defendant, SIDERS ANTONIOS, struck ROBIN HEBERT vehicle ***while making a left hand turn*** which presumption is especially invoked by the Petitioner herein.

5.

During this entire occurrence, ROBIN HEBERT, drove her vehicle safely and with skill. In no way did ROBIN HEBERT contribute to causing the collision.

6.

The collision described above was caused solely and proximately by the gross and flagrant recklessness, carelessness, negligence, and fault of SIDERS ANTONIOS in the following, non-exclusive, particulars, to-wit:

   A.   In failing to keep a proper look out; and

   B.   In failing to keep his vehicle under proper control; and

   C.   In operating his vehicle in a wanton and reckless manner with no regard for the rights and safety of others; and

   D.   In traveling into the vehicle owned and operated by ROBIN HEBERT; and

   E.   In failing to see what he should have seen and if having seen, in failing to heed; and

   F.   In failing to stop: and

   G.   In driving the truck into the 2006 Ford Mustang, causing injury to ROBIN HEBERT; and

   H.   In failing to maintain control of his vehicle; and

    I.       In cutting a corner on a left-hand turn

    J.      In making a turn when it was unsafe to do so;

    K.    Any and all other acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure

7.

Upon information and belief, Defendant, SIDERS ANTONIOS, was inattentive at the moment this crash occurred. Defendant, SIDERS ANTONIOS is liable to Petitioner under Civil Code Art. 2315.

8.

At the time of the accident described above, SIDERS ANTONIOS, was the employee and representative of DG LOGISTICS, LLC, and/or DG LOUISIANA, LLC, and/or DOLLAR GENERAL CORPORATION, and was acting within the course and scope of his employment at the time of the accident and therefore DG LOGISTICS, LLC, and/or DG LOUISIANA, LLC, and/or DOLLAR GENERAL CORPORATION, is jointly and solidarity liable for the damages suffered by ROBIN HEBERT, herein caused by the negligence of SIDERS ANTONIOS.

9.

In the alternative, DG LOGISTICS, LLC, and/or DG LOUISIANA, LLC, and/or DOLLAR GENERAL CORPORATION are liable to ROBIN HEBERT for failing to supervise, train, and/or monitor SIDERS ANTONIOS as their employee, and for failure to reasonably and prudently verify and/or maintain employee driving qualifications and/or allowing ANDREW KEPHART to operate an 18-wheeler.

10.

Plaintiff is informed, believes, and therefore alleges that at the time of the accident DG LOGISTIC, LLC., and/or DG LOUISIANA, LLC, and/or DOLLAR GENERAL CORPORATION, and/ or SIDERS ANTONIOS had a policy of motor vehicle liability insurance bearing **POLICY NUMBER: ISA H25542538** with (CHUBB) ACE AMERICAN INSURANCE COMPANY, insuring against the negligent acts of SIDERS ANTONIOS, and under the laws of the State of Louisiana was in full force and effect at the time of the accident and which insurance inures to the benefit of Plaintiffs under the provisions of the Louisiana Direct Action Statute, Revised Statute 22:655.

11.

Plaintiff further alleges on information and belief that under the terms of said policy, ACE AMERICAN INSURANCE COMPANY, obligated itself to pay any and all damages to others as a result of the negligence of SIDERS ANTONIOS, the operator of said vehicle covered by said policy at the time of said collision.

12.

Plaintiff alleges on information and belief that at the time of the collision described above, the 2020 FTL TR Truck, owned by DG LOGISTICS, LLC. and/or DG LOUISIANA, LLC, and/or DOLLAR GENERAL CORPORATION, and operated by SIDERS ANTONIOS, was covered by an automobile liability insurance policy with ACE AMERICAN INSURANCE COMPANY and was then in full force and effect.

13.

ACE AMERICAN INSURANCE COMPANY are therefore liable in solido unto Plaintiff in said collision, which are itemized and set out hereafter.

14.

As a result of the combined fault and/or negligence of the defendants in causing the aforementioned accident, Plaintiff, ROBIN HEBERT, suffered injuries including, but not limited to the following:

 A. Back; and

 B. Buttocks; and

 C. Any and all other injuries identified in her medical records or to be shown upon trial of this matter.

15.

As a result of the accident sued upon herein, Plaintiff, ROBIN HEBERT, suffered the following damages:

 A. Physical pain and suffering - past, present, and future; and

 B. Mental pain, anguish, and distress - past, present, and future; and

 C. Medical expenses - past, present, and future; and

 D. Loss of enjoyment of life - past, present, and future; and

 E. Any and all other damages which shall be proven at trial of this matter.

16.

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Article 1423, et sec., the Plaintiff is entitled to a certified copy of any insurance policies issued to and/or otherwise insuring, DG LOGISTICS, LLC. and/or DG LOUISIANA, LLC, and/or DOLLAR GENERAL CORPORATION, and SIDERS ANTONIOS for the claims made by Plaintiff herein. Plaintiff herein requests a certified copy of any and all such policies of insurance within thirty (30) days of service of the petition upon them.

17.

The Plaintiff herein, ROBIN HEBERT, is therefore entitled to damages for the items set forth above in such amounts as are reasonable in the premises.

18.

In accordance with **Louisiana Code of Civil Procedure, Article 1572 and 1913**, Petitioner requests written notice of any and all assignments of this case for trial or hearing and notice of any signing of any Judgment herein.

WHEREFORE, Plaintiff prays:

1. That certified copies of this petition, together with citation, be issued and served according to law on the defendants:

   F. **DG LOUISIANA, LLC** a Limited Liability Company authorized and doing business in the state of Louisiana, who can be served through their agent for service of process Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802.

   G. **DG LOGISTICS, LLC.**, a foreign company authorized and doing business in the state of Tennessee, who can be served according to Via Louisiana Long Arm Statue through their agent for service Corporation Service Company, 2908 Poston Ave, Nashville, TN 37203-1312.

   H. **DOLLAR GENERAL CORPORATION**, a foreign company authorized and doing business in the state of Tennessee, who can be served according to Via Louisiana Long Arm Statue through their agent for service Corporation Service Company, 2908 Poston Ave, Nashville, TN 37203-1312.

   I. **ACE AMERICAN INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana, which has appointed the Secretary of State for the State of Louisiana, as its agent for service of process, who can be served at 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

   J. **SIDERS ANTONIOS**, a resident of Alabama, who according to Louisiana Law can be served with process Via Louisiana Long Arm Service at his residence, 815 Jones Corner Rd, Titus, Alabama 36080.

2. After the elapse of all legal delays and proceedings had, there be judgement against SIDERS ANTONIOS, DG LOGISTICS, LLC, and/or DG LOUISIANA, LLC, and/or DOLLAR GENERAL CORPORATION, and ACE AMERICAN INSURANCE COMPANY, in solido, in favor of ROBIN HEBERT in such amounts as are reasonable in the premises;

3. For legal interest from date of judicial demand on all amounts awarded, and for all costs of these proceedings; and

4. For all necessary orders and decrees as may be required or proper in the premises and for full, general, and equitable relief.

RESPECTFULLY SUBMITTED:

**JOE'L M. FREEMAN LAW FIRM, LLC**

Joe'l M. Freeman (#31391)
PO BOX 87012
Baton Rouge, Louisiana 70879
Telephone: 225-445-6700
Email: joel@joelmfreemanlaw.com
Attorney for Plaintiff ROBIN HEBERT
-and-

**COMEAUX LAW FIRM**

Todd C. Comeaux (#25453)
2354 S. Acadian Thruway, Suite C
Baton Rouge, Louisiana 70808
Telephone: 225-706-9000
Facsimile: 225-706-9001
Attorney for Plaintiff, ROBIN HEBERT

**PLEASE SERVE *VIA*
LOUISIANA LONG ARM STATUTE:**

**SIDERS ANTONIOS,**
*Via Louisiana Long Arm Service at his residence*
815 Jones Corner Rd.
Titus, Alabama 36080

**DG LOGISTICS, LLC.**
*Via Louisiana Long Arm Statue
through their agent for service*
Corporation Service Company
2908 Poston Ave.
Nashville, TN 37203-1312

**DOLLAR GENERAL CORPORATION**
*Via Louisiana Long Arm Statue
through their agent for service*
Corporation Service Company
2908 Poston Ave.
Nashville, TN 37203-1312

**SERVICE CONTINUED NEXT PAGE**

**PLEASE SERVE**

**DG LOUISIANA, LLC**
*through their agent for service*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**ACE AMERICAN INSURANCE COMPANY**
*Through its agent for service of process,*
Secretary of State for the State of Louisiana
8585 Archives Avenue
Baton Rouge, Louisiana 70809

| | |
|---|---|
| ROBIN HEBERT | SUIT NO.: 173368  SEC: B |
| VERSUS | 21ST JUDICIAL DISTRICT COURT |
| SIDERS ANTONIOS, DG LOGISTICS, LLC, DG LOUISIANA, LLC, DOLLAR GENERAL CORPORATION, and ACE AMERICAN INSURANCE COMPANY | PARISH OF LIVINGSTON  STATE OF LOUISIANA |

## REQUEST FOR TEN DAYS NOTICE OF SETTING AND FOR NOTICE OF INTERLOCUTORY ORDER OR JUDGMENT

Plaintiff, ROBIN HEBERT, be given at least ten (10) days written notice in advance, in accordance with the provisions of Article 1572 of the Louisiana Code of Civil Procedure, of the date this case is to be fixed for trial. Plaintiff further requests written notice of the rendition of any interlocutory order or judgment in this case, pursuant to Article 1914 of the Louisiana Code of Civil Procedure.

RESPECTFULLY SUBMITTED:

JOE'L M. FREEMAN LAW FIRM, LLC

_____
Joe'l M. Freeman (#31391)
PO BOX 87012
Baton Rouge, Louisiana 70879
Telephone: 225-445-6700
Email: joel@joelmfreemanlaw.com
Attorney for Plaintiff, ROBIN HEBERT

-and-

COMEAUX LAW FIRM

_____
Todd C. Comeaux (#23453)
2354 S. Acadian Thruway, Suite C
Baton Rouge, Louisiana 70808
Telephone: 225-706-9000
Facsimile: 225-706-9001
Attorney for Plaintiff, ROBIN HEBERT

